UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE Y. CONTRERAS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 19-cv-00305-JD<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff Jennie Y. Contreras has filed an application to proceed in forma pauperis. Dkt. No. 2. The application is granted. The Clerk of Court is requested to issue the summons for service by the U.S. Marshal for the Northern District of California along with the complaint.

**IT IS SO ORDERED.**

Dated: January 23, 2019

JAMES DONATO
United States District Judge