UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JENNIE Y. CONTRERAS,<br><br>  Plaintiff,<br><br>  v.<br><br>SSA COMMISSIONER,<br><br>  Defendant. | Case No. 25-cv-02632-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Donna M. Ryu, to consider whether the case is related to case number 4:19-cv-00305-DMR Contreras v. Berryhill.

**IT IS SO ORDERED.**

Dated: September 2, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 25-cv-02632-LB